WR-67,454-08
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/24/2015 5:34:05 PM
Accepted 6/25/2015 8:16:29 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
6/25/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NOS. WR-67,454-07** |
| | § | **WR-67,454-08** |
| **CANDELARIO HOLGUIN, JR.** | § | **WR-67,454-09** |

**AGREED MOTION TO RETURN**
**APPLICATIONS FOR WRITS OF HABEAS CORPUS**
**TO DISTRICT COURT**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** CANDELARIO HOLGUIN, JR., Applicant, and respectfully asks this Court to return the above styled and numbered applications for writs of habeas corpus to the District Court for an evidentiary hearing and would show the Court the following:

I.

The writ applications filed by Candelario Holguin, Jr. in the Criminal District Court of Dallas County were received by this Court on June 22, 2015. They were assigned numbers WR-67,454-07, WR-67,454-08, and WR-67,454-09.

II.

An evidentiary hearing is scheduled in the trial court on Applicant's writ

applications for September 18, 2015. This is the earliest date available for the hearing based on the availability of the witnesses necessary to resolve the issues in Applicant's writ applications.

III.

An evidentiary hearing is necessary to properly resolve the issues raised in the writ applications. These writ applications should therefore be returned to the trial court for further factual development at the evidentiary hearing on September 18, 2015.

FOR THE ABOVE REASONS, Applicant respectfully asks that this agreed motion be granted.

Respectfully submitted,

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)

Attorney for Applicant

AGREED:

/s/ Laura Coats
Laura Coats
Assistant District Attorney